FILED
U.S. DISTRICT COURT
DISTRICT OF VT
08/04/2021

**UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT**

5:21-mc-112

## IN RE:  ORDER REVISING COVID-19 RESTRICTIONS IN PUBLIC AREAS OF FEDERAL BUILDINGS AND COURTHOUSES

### GENERAL ORDER NO. 101

Over the past few weeks, the U.S. has experienced a surge of COVID-19 cases across the country in the wake of the highly infectious "Delta variant." On July 27, 2021, the Centers for Disease Control and Prevention (CDC) revised their masking guidance which included a recommendation for "fully vaccinated people to wear a mask in public indoor settings in areas of substantial or high transmission," and "where required by laws, rules, regulations, or local guidance."  The previous CDC guidance as it relates to individuals who are not fully vaccinated remains unchanged - they must wear masks and physically distance.

On August 2, 2021, Chittenden County was designated by the *CDC COVID Data Tracker* to be an area of substantial and high community transmission rates and Rutland County was designated as an area of moderate transmission rates. Accordingly, with the Burlington courthouse located in an area of substantial or high community transmission, and consistent with the court's approach throughout the pandemic of following the CDC and State of Vermont guidance, the court and the district's Facility Security Committees have voted to revise our district-wide policy to be consistent with the recent CDC guidance. Accordingly, **IT IS HEREBY ORDERED** that within Vermont's federal courthouses:

1. Masking is required in all public spaces for all employees, on-site contractors, and visitors, regardless of vaccination status;

2. Masking and social distancing is required for unvaccinated or partially vaccinated individuals; and

3. This policy applies only to public spaces. Each individual agency will determine the requirements for their own internal agency workspace.

This order shall be effective immediately and will remain in effect until amended or vacated.

Dated at Burlington, in the District of Vermont, this 4th day of August, 2021.

_____
Hon. Geoffrey W. Crawford
Chief Judge